[Cite as *Workman v. Ohio State Hwy. Patrol*, 2009-Ohio-7162.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

YVONNE LYN WORKMAN

Plaintiff

v.

OHIO STATE HIGHWAY PATROL

Defendant

Case No. 2009-06559-AD

Deputy Clerk Daniel R. Borchert

MEMORANDUM DECISION

FINDINGS OF FACT

{¶ 1} 1) Plaintiff, Yvonne Lyn Workman, filed this complaint against defendant, Ohio State Highway Patrol (OSHP), alleging the negligent act of an OSHP employee caused damage to her 2006 Audi sedan on June 25, 2009. Plaintiff seeks damages in the amount of $1,413.82. The filing fee as paid.

{¶ 2} 2) Defendant filed an investigation report admitting liability for plaintiff's loss and acknowledging the damage amount claimed.

CONCLUSIONS OF LAW

{¶ 3} 1) Negligence on the part of defendant has been established. *Johnson v. State Highway Patrol* (2002), 2001-12347-AD; *Zapf v. Highway Patrol*, Ct. of Cl. No. 2006-07511-AD, 2007-Ohio-3104; *Landman v. Ohio State Highway Patrol*, Ct. of Cl. No. 2007-01801-AD, 2007-Ohio-2414; *Hutchison v. State Highway Patrol*, Ct. of Cl. No. 2008-06318-AD, 2008-Ohio-5627; *Kovacik v. Ohio State Hwy. Patrol*, Ct. of Cl. No. 2008-09619-AD, 2009-Ohio-1592.

{¶ 4} 2) Plaintiff has suffered damages in the amount of $1,413.82, plus the

$25.00 filing fee which may be reimbursed as compensable costs pursuant to R.C. 2335.19. See *Bailey v. Ohio Department of Rehabilitation and Correction* (1990), 62 Ohio Misc. 2d 19, 587 N.E. 2d 990.

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us


YVONNE LYN WORKMAN

    Plaintiff

    v.

OHIO STATE HIGHWAY PATROL

    Defendant

    Case No. 2009-06559-AD

Deputy Clerk Daniel R. Borchert


<u>ENTRY OF ADMINISTRATIVE
DETERMINATION</u>


Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, judgment is rendered in favor of plaintiff in the amount of $1,438.82, which includes the filing fee. Court costs are assessed against defendant.



                DANIEL R. BORCHERT
                Deputy Clerk

Entry cc:

Yvonne Lyn Workman
2084 Harris Road
Broadview Hts., Ohio  44147

RDK/laa
11/3
Filed 11/19/09
Sent to S.C. reporter 3/5/10

Colonel Richard H. Collins
Ohio State Highway Patrol
P.O. Box 182074
Columbus, Ohio  43218-2074